UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ANTHONY OWENS, | ) |  |
|---|---|---|
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| v. | ) | No. 4:13 CV 2561 CDP |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

# **MEMORANDUM AND ORDER**

Movant Anthony Owens pleaded guilty to two counts of being an accessory after the fact and to murder in aid of racketeering under 18 U.S.C. § 1959(a)(1) and § 3. Case No. 4:11CR246CDP. I sentenced him to 102 months' imprisonment followed by a three-year term of supervised release. He did not appeal. Owens then filed this case under 28 U.S.C. § 2255, seeking to vacate, set aside, or correct his sentence. I rejected all his claims in a Memorandum and Order (ECF #35) and entered judgment against him on July 8, 2015. I also declined to issue a certificate of appealability. In December 2015, the Eighth Circuit dismissed Owens' appeal of this decision, *Owens v. United States*, No. 15-2877 (8th Cir. Dec. 29, 2015) (judgment), and later affirmed my denial of his post-judgment motions, *Owens v. United States*, No. 16-1166 (8th Cir. Feb. 8, 2016) (judgment).

Owens now moves to set aside the judgment in this closed case under Fed. R.

Civ. P. 60(b)(4), arguing that it is void.  I have reviewed Owens' motion and find that it simply reargues the grounds raised in his § 2255 motion to vacate and in his post-judgment motions – arguments that I have previously rejected.  Owens has presented nothing either by argument or evidence that would change my prior analysis or convinces me that my previous analysis was incorrect.  I will therefore deny his Rule 60(b)(4) motion for relief from judgment.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for relief from judgment under Rule 60(b)(4) of the Federal Rules of Civil Procedure [59] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2017.